No. 86–1183. FOWLER *v.* CITY OF LOUISVILLE, KENTUCKY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–1190. FRAVER ET AL. *v.* NORTH CAROLINA FARM BUREAU MUTUAL INSURANCE CO., INC. C. A. 4th Cir. Certiorari denied.

No. 86–1197. GIDEON *v.* RIVERSIDE COMMUNITY COLLEGE DISTRICT. C. A. 9th Cir. Certiorari denied.

No. 86–1208. CHAPPELL *v.* GTE PRODUCTS CORP. C. A. 6th Cir. Certiorari denied.

No. 86–1235. GLUKLICK ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–1308. BAIANI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–1313. SHAPIRO *v.* ROSA. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 86–5629. JONES *v.* SMITH ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–5701. GRIFFIN *v.* MARTIN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–5702. HALCZYCZAK ET AL. *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 86–5775. HERSHIPS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 86–5837. LEE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 86–5872. ROSENTHAL *v.* UNITED STATES;
No. 86–5917. STEWART *v.* UNITED STATES; and
No. 86–6143. JUNKER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.